452 A.2d 1104

Commonwealth v. Velasquez, Appellant.

Petition for Allowance of Appeal Denied April 5, 1983.

Submitted April 5, 1982. Dennis J. Cogan, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and CIRILLO, JJ.

Judgment of sentence below is affirmed.

452 A.2d 1105

Commonwealth v. Waters, Appellant.

Submitted October 20, 1981. Barry H. Denker, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BECK, WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.